# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re LOCAL TV ADVERTISING ANTITRUST LITIGATION | : : : | MDL No. 2867<br>No. 18 C 6785<br>Judge Virginia M. Kendall |
| This Document Relates to: No. 18 C 6740 | : : : | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Walley's Auto Sales, Inc. d/b/a Walley's Marine & Auto Sales hereby voluntarily dismisses its claims against all defendants without prejudice in the above-referenced action. The putative class will continue to be represented by counsel in the Consolidated Action.

DATED: June 21, 2022

/s/ Robert S. Kitchenoff
WEINSTEIN KITCHENOFF & ASHER LLC
150 Monument Road, Suite 107
Bala Cynwyd, PA 19004
(215) 545-7200
kitchenoff@wka-law.com

Counsel for Plaintiff Walley's Auto Sales, Inc.

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on June 21, 2022, I caused the foregoing Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) to be filed utilizing the Court's CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Robert S. Kitchenoff